No. D–2597. In re Disbarment of Silva. Disbarment entered. [For earlier order herein, see 564 U. S. 1017.]

No. D–2598. In re Disbarment of Bryant. Disbarment entered. [For earlier order herein, see 564 U. S. 1033.]

No. D–2599. In re Disbarment of King. Disbarment entered. [For earlier order herein, see 564 U. S. 1034.]

No. D–2600. In re Disbarment of King. Disbarment entered. [For earlier order herein, see 564 U. S. 1034.]

No. D–2601. In re Disbarment of Cramer. Disbarment entered. [For earlier order herein, see 564 U. S. 1034.]

No. D–2602. In re Disbarment of Droz. Disbarment entered. [For earlier order herein, see 564 U. S. 1034.]

No. D–2603. In re Disbarment of Luongo. Disbarment entered. [For earlier order herein, see 564 U. S. 1034.]

No. 11M37. Lee et al. v. Central Presbytery of the Korean Presbyterian Church of America;

No. 11M38. Lee v. Central Presbytery of the Korean Presbyterian Church of America; and

No. 11M39. Smith v. Kirkland, Warden, et al. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 11–5980. Starbala et ux. v. Homecomings Financial Networks, Inc. App. Ct. Conn. Motion of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until November 21, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 11–6661. In re Swain. Petition for writ of habeas corpus denied.

No. 11–6623. In re Cox. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.

No. 11–5945. In re Schied;
No. 11–6025. In re Webb;
No. 11–6046. In re Robertson;

No. 11–6052. IN RE PLEASANT;
No. 11–6075. IN RE BOWENS; and
No. 11–6377. IN RE SEARS. Petitions for writs of mandamus denied.

No. 11–256. IN RE VEY. Petition for writ of mandamus and/or prohibition denied.

No. 10–1445. TEMPERLY *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 10–1448. VARUGHESE *v.* HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied.

No. 10–1535. VILLANUEVA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10352. CRAWFORD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10784. MILLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10954. McCLURE *v.* OREGON DEPARTMENT OF CORRECTIONS ET AL. Ct. App. Ore. Certiorari denied.

No. 10–11137. PARKES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–11143. MARS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–11193. CHAMBERLIN *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 10–11211. KYEI *v.* OREGON DEPARTMENT OF TRANSPORTATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–2. STRYKER CORP. ET AL. *v.* BAUSCH. C. A. 7th Cir. Certiorari denied.

No. 11–80. GILA RIVER INDIAN COMMUNITY *v.* LYON. C. A. 9th Cir. Certiorari denied.

No. 11–113. DONINGER *v.* NIEHOFF ET AL. C. A. 2d Cir. Certiorari denied.